#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE WEINSTEIN COMPANY HOLDINGS LLC, *et al.*,[1] | : | Case No. 18-10601 (MFW) |
| | : | |
| | : | (Jointly Administered) |
| Debtors, | : | |
| | : | Adversary Case No.: 18-50397 (MFW) |
| | : | |
| HOTEL MUMBAI PTY LTD., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| THE WEINSTEIN COMPANY LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

### PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Hotel Mumbai Pty Ltd. ("**HMPL**" or "**Plaintiff**"), by and through its undersigned attorneys, respectfully moves (the "**Motion**") this Court, pursuant to section 105(a) of title 11 the United States Code (the "Bankruptcy Code") and Federal Rule of Civil Procedure 65(b), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7065, for an order enjoining defendant The Weinstein Company LLC ("**TWC**") and its related and affiliated

---

[1] The last four digits of The Weinstein Company Holdings LLC's federal tax identification number are (3837). The mailing address for The Weinstein Company Holdings LLC is 99 Hudson Street, 4th Floor, New York, New York 10013. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://dm.epiq11.com/twc.

debtors (TWC and affiliated debtors collectively defined as "**Debtors**") from: seeking to sell, assume, assign, and/or otherwise transfer any rights in and to the full-length unreleased feature motion picture currently entitled "Hotel Mumbai" (the "**Picture**") or that certain Exclusive License Agreement dated May 12, 2016 that concerns the Picture (the "**License Agreement**") to any third party pending further order of this Court.

1. The facts and circumstances supporting this Motion, together with supporting documents, are set forth in the Complaint for Declaratory and Other Relief [Adv. D.I. 1] (the "**Complaint**"), the Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction (the "**Memorandum of Law**"), and the Declaration of Gary Hamilton in Support of the Motion (the "**Declaration**"). The Memorandum of Law and Declaration are filed contemporaneously with this Motion and incorporated herein by reference.

2. HMPL will suffer irreparable injury if the Court does not grant an immediate preliminary injunction against the Debtors.

3. Copies of the Complaint, the Memorandum of Law, the Declaration, and this Motion will be served upon counsel for the Debtors immediately forthwith, along with hard copies to Chambers.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**WHEREFORE**, the Plaintiff respectfully requests that the Court grant the Motion and the relief requested herein, enter a preliminary injunction against the Debtors pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7001(7) and 7065, substantially in the form attached to this Motion as **Exhibit 1**, and grant to Plaintiff such other and further relief as the Court deems just and proper.

                                            Respectfully Submitted,

Dated: April 17, 2018                  GELLERT SCALI BUSENKELL & BROWN LLC
Wilmington, Delaware

                                    By: */s/ Michael Busenkell*
                                          Michael Busenkell (No. 3933)
                                          Amy D. Brown (No. 4077)
                                          1201 N. Orange Street, Suite 300
                                          Wilmington, DE 19801
                                          (302) 425-5812
                                          (302) 425-5814 (fax)
                                          mbusenkell@gsbblaw.com
                                          abrown@gsbblaw.com

                                                  -and-

                                          Larry W. Gabriel (admitted *pro hac vice*)
                                          Susan K. Seflin (admitted *pro hac vice*)
                                          Jessica L. Bagdanov (admitted *pro hac vice*)
                                          BRUTZKUS GUBNER
                                          21650 Oxnard Street
                                          Woodland Hills, CA 91367
                                          (818) 827-9000
                                          (818) 827-9099 (fax)

                                          *Counsel to Hotel Mumbai Pty Ltd., Plaintiff*